**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION**

**UNITED STATES OF AMERICA**

**VS.**

**ALBERT T. SIEGERT,**

**Defendant**

NO. 3: 09-CR-5 (CAR)

**VIOLATIONS: 18 U.S.C. §666(a)(1)(A)**

## ORDER OF DETENTION PENDING TRIAL

**In accordance with the Bail Reform Act, 18 U.S.C. §3142(f), the issue of PRETRIAL DETENTION was this day addressed by the undersigned at the Initial Appearance Hearing for defendant ALBERT T. SIEGERT. The defendant was represented by Ms. Catherine Michelle Leek of the Federal Defenders Office; the United States was represented by Assistant U. S. Attorney Paul C. McCommon. Based upon the evidence proffered to the court by counsel for the government and counsel for the defendant, as well as the contents of the Pretrial Services Report dated March 10, 2009, and noting that the defendant does not contest pretrial detention I conclude that the following facts require the detention of the defendant pending the trial of this case.**

| PART I - FINDINGS OF FACT |
| --- |

☒ **(1)  There is a serious risk that the defendant will not appear.**

☒ **(2)  There is a serious risk that the defendant will endanger the safety of another person or the community.**

| PART II - WRITTEN STATEMENT OF REASONS FOR DETENTION |
| --- |

**Applying the factors set forth in 18 U.S.C. §3142(g), I find that the evidence proffered at the DETENTION HEARING, as supplemented by information contained in the Pretrial Services Report of the U. S. Probation Office dated March 10, 2009, establishes by clear and convincing evidence that no condition or combination of conditions set forth in 18 U.S.C. §3142(c) will reasonably assure future appearance of the defendant as well as the safety of the community were defendant Siegert to be released from custody at this time. The offenses charged against him are serious felonies for which incarceration can be expected if he is convicted. His estimated federal sentencing guideline range computed by the U. S. Probation Office is 33 months to 41 months to be served in prison. Although defendant Siegert lacks prior criminal convictions, he has a pending criminal proceeding in Clarke County, Georgia charging him with the offense of making Terroristic Threats.  On May 19, 2009, defendant Siegert allegedly threatened the lives of four hospital security officers at the Athens Regional Medical Center.  In addition, the defendant has a history of mental health issues going back to 1996.  He has been diagnosed as bi-polar and has allegedly attempted suicide on six separate occasions.**

**For the foregoing reasons, the undersigned finds that defendant Siegert would pose a serious danger to the community and himself were he to be released from custody.  In addition, because of his unstable nature, he poses a serious risk of flight.  In short, he is not a good candidate for pretrial supervision.  Pretrial detention is thus mandated.   IT IS SO ORDERED AND DIRECTED.**

## PART III  -  DIRECTIONS REGARDING DETENTION

The defendant is hereby committed to the custody of the Attorney General of the United States or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

SO ORDERED, this 23rd day of MARCH, 2009.

**CLAUDE W. HICKS, JR.**
**UNITED STATES MAGISTRATE JUDGE**